**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TERRY RAY GIFFORD, | Case No. 5:18-CV-00736 JVS (KKx) |
| Plaintiff, | **ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| JOSHUA TYLER; J.B. HUNT TRANSPORT SERVICES, INC.; UNITED FREIGHT SERVICES, INC.; DOES 1 to 10, | |
| Defendants. | Trial Date: September 24, 2019 |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff TERRY RAY GIFFORD and defendant J.B. HUNT TRANSPORT, INC. (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

DATED: June 21, 2019

_____
Hon. James V. Selna
Judge, United States District Court